IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01815–REB–KMT

ANDREW R. SALDANA,

    Plaintiff,

v.

ATLAS PACIFIC ENGINEERING COMPANY,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's letter/motion requesting that he be allowed to resubmit his response to the motion to dismiss (Doc. No. 39, filed May 6, 2009) is GRANTED in part. The court will consider the previously-filed "Response to Defendant's Reply in Support of its Motion to Dismiss" (Doc. No. 36) as a sur-reply to Defendant's Motion to Dismiss. Defendant may file a sur-response, if it feels one is necessary, no later than June 15, 2009.

Dated: June 11, 2009