**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01815-REB-KMT

ANDREW R. SALDANA,

      Plaintiff,

v.

ATLAS PACIFIC ENGINEERING COMPANY,

      Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

      The matter before me is the **Stipulation To Dismiss with Prejudice** [#56] filed July 30, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved, and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. **Stipulation To Dismiss with Prejudice** [#56] filed July 30, 2009, is **APPROVED**;

      2. That the Trial Preparation Conference set for October 30, 2009, is **VACATED**;

      3. That the jury trial set to commence November 16, 2009, is **VACATED**;

      4. That any pending motion is **DENIED** as moot;  and

      5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated July 31, 2009, at Denver, Colorado.

      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge